**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Armando RODRIGUEZ, also known as Mando, Defendant-Appellant**

**No. 16-20240**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed April 18, 2017

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Armando Rodriguez, Pro Se

Before KING, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Armando Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rodriguez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.